# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOAR INC., a Nevada Corporation; KARL SNOWDON, individually and as a shareholder and President of Boar, Inc., MAVERICK SNOWDON, individually and as a shareholder and Director of Boar, Inc., SUZANNE SNOWDON, individually and as a shareholder and Secretary and Treasurer of Boar, Inc., <br><br>　　　　　　　Plaintiffs, <br><br>vs. <br><br>COUNTY OF NYE, a Political Subdivision of the Sate of Nevada and doing business as the Nye County Planning Department for the Pahrump Regional Planning District; JACK LOHMAN, individually and as Planning Director of Nye County Planning Department, RICHARD JOHNSON, individually and as Manager of Nye County Building Safety and Compliance, <br><br>　　　　　　　Defendants. | 2:08-CV-01091-PMP-RJJ <br><br><br> **<u>ORDER</u>** |

On April 15, 2010, this Court entered an Order (Doc. #60) staying briefing on dispositive motions pending discovery. The Order effectively stays until September 28, 2010, the obligation of the parties to fully and finally brief Defendants' Motion for Summary Judgment (Doc. #53) filed March 3, 2010. To enable the Court to monitor this action through the court's electronic case filing system (ECF), **IT IS ORDERED** that Defendants' Motion for Summary Judgment

(Doc. #53) shall be deemed **DENIED** without prejudice pending the filing of Defendants' Supplement to its Motion for Summary Judgment to be filed on August 12, 2010 in accord with this Court's Order (Doc. #60).

**IT IS SO ORDERED.**

DATED: May 5, 2010.

_____
PHILIP M. PRO
United States District Judge