UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOAR INC., etc., *et al.*, | |
| Plaintiff, | 2:08-cv-1091-PMP-RJJ |
| vs. | |
| COUNTY OF NYE, etc., *et al.*, | O R D E R |
| Defendant. | |

This matter is before the undersigned Magistrate Judge on a Substitution of Attorneys (#81).

The Court having reviewed the Motion (#81) finds that it has not been signed by the client, as required by the rules. Good cause appearing therefore,

IT IS HEREBY ORDERED that Motion to Substitute of Attorneys (#81) is **DENIED WITHOUT PREJUDICE.**

DATED this 18th day of August, 2010.

ROBERT J. JOHNSTON
United States Magistrate Judge