# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF NYE, et al, <br><br> Defendant. | 2:08-cv-01091-PMP-RJJ <br><br> **ORDER** <br><br> DEFENDANT JACK LOHMAN'S EMERGENCY MOTION TO STAY PRODUCTION OF RECORDS REQUESTED PURSUANT TO SUBPOENAS (#78) |

This matter comes before the undersigned on Defendant Jack Lohman's Emergency Motion to Stay Production of Records Requested Pursuant to Subpoenas (#78).

**ORDER**

Based on the Court's Order (#101) on Defendants' Motion for Protective Order and to Quash Subpoenas and for good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Jack Lohman's Emergency Motion to Stay Production of Records Requested Pursuant to Subpoenas (#78) is **DENIED AS MOOT.**

DATED this  18th   day of October, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge