UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| BOAR, INC., et al., | ) | 2:08-CV-01091-PMP-RJJ |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| COUNTY OF NYE, et al., | ) | |
| Defendants. | ) | |

On November 8, 2010, Plaintiffs filed a Request for Partial Review of Order Granting Defendants' Motion for Protective Order and to Quash Subpoenas (Doc. #117). Defendants filed a Response in Opposition Thereto (Doc. #123) on November 24, 2010. Having read and considered the foregoing, and finding that Magistrate Judge Johnston's Order (Doc. #101) is neither clearly erroneous nor contrary to law, and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Objections to the Order of the Magistrate Judge (Doc. #117) are overruled, and the Order of the Magistrate Judge (Doc. #101) is hereby AFFIRMED.

DATED: December 6, 2010.

_____
PHILIP M. PRO
United States District Judge