UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOAR, INC., KARL SNOWDON, MAVERICK SNOWDON, and SUZANNE SNOWDON,<br><br>             Plaintiffs,<br><br>v.<br><br>COUNTY OF NYE, JACK LOHMAN, RICHARD JOHNSON, BRENT STEED, CHARLES ABBOTT ASSOCIATES, INC., and JIMMY FLOYD,<br><br>             Defendants. | 2:08-CV-01091-PMP-RJJ<br><br>ORDER |

The Court having read and considered Defendants' Motion for Attorneys' Fees, Costs and Interest (Doc. #150), Plaintiffs' Response in Opposition thereto (Doc. #155) and Defendants' Reply (Doc. #156) and good cause appearing,

**IT IS ORDERED that** Defendants' Motion for Attorneys' Fees, Costs and Interest (Doc. #150) is **DENIED**.

DATED:  April 27, 2011.

_____
PHILIP M. PRO
United States District Judge