UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOAR, INC., KARL SNOWDON, MAVERICK SNOWDON, and SUZANNE SNOWDON,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF NYE, JACK LOHMAN, RICHARD JOHNSON, BRENT STEED, CHARLES ABBOTT ASSOCIATES, INC., and JIMMY FLOYD,<br><br>Defendants. | 2:08-CV-01091-PMP-RJJ<br><br>ORDER |

On July 18, 2011, the Clerk's Memorandum Regarding Taxation of Costs (Doc. #169) was entered taxing costs in the amount of $11, 757.00 to be included in the judgment awarded in favor of Defendants and against Plaintiffs.

On July 25, 2011, Plaintiffs filed a Motion to Retax Costs (Doc. #170). Defendants filed an Opposition thereto (Doc. #173) on August 25, 2011.  Having read and considered the foregoing, and for the reasons set forth in Defendants' Opposition to Plaintiffs' Motion to Retax Bill of Costs, the Court finds Plaintiffs' Motion to Retax Costs (Doc. #170) must be **DENIED**.

**IT IS SO ORDERED.**

DATED: September 6, 2011.

_____
PHILIP M. PRO
United States District Judge